DAVID ROGER
District Attorney
CIVIL DIVISION
State Bar No. 002781
By: ROBERT T. WARHOLA
Deputy District Attorney
State Bar No. 004410
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
Attorneys for Defendant
   Clark County

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NEVADA FAIR HOUSING CENTER, INC., )
           Plaintiff, )
    vs. )
CLARK COUNTY, a political subdivision of )
the State of Nevada, and BARBARA )
GINOULIAS, in her capacity as Director of the )
Department of Comprehensive Planning, and )
STATE OF NEVADA, )
           Defendant. )

Case No:  2:05-cv-0948-LRH-PAL

**SECOND STIPULATION AND ORDER TO EXTEND DEADLINE
TO FILE PRETRIAL ORDER**

    Plaintiff, by and through its attorneys of the law firm of Brancart & Brancart, and Defendants, by and through their attorney of record, the Clark County District Attorney, herein stipulate, agree and make their second joint application to extend the deadline to submit to the court a proposed written joint pretrial order currently due on or before May 21, 2007. The parties respectfully request the deadline for the joint pretrial order be extended to June 20, 2007.

    During the period encompassed by the first extension, the parties worked on redrafting the recently enacted group home Ordinance to ensure compliance with the Fair

Housing Act but have encountered difficulties in harmonizing the draft Ordinance with State law. The parties agree that additional time is necessary so that they may arrive at language that is consistent with both Federal and State law.

THEREFORE, Plaintiff and Defendants jointly stipulate and move for an extension of time to submit a joint pretrial order from May 21, 2007 to June 20, 2007 for the reasons set forth above.

DATED: 5-9-07

DAVID ROGER
DISTRICT ATTORNEY

By: _____
ROBERT T. WARHOLA
Deputy District Attorney
State Bar No. 00004410
500 S. Grand Central Pkwy. 5th Flr.
P. O. Box 552215
Las Vegas, NV 89155-2215
Attorney for Defendants
   Clark County and Barbara Ginoulias

DATED: 5-6-07

BRANCART & BRANCART

By: _____
CHRISTOPHER BRANCART, ESQ.
State Bar No. 8969
Post Office Box 686
Pescadero, California 94060
Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: May 14, 2007.