**BRANCART & BRANCART**
ATTORNEYS AT LAW

*Christopher Brancart*  P.O. BOX 686  *Telephone (650) 879-0141*
*Elizabeth Brancart*  PESCADERO, CA 94060  *Facsimile (650) 879-1103*
*Liza Cristol-Deman*  www.brancart.com

_____

**Street Address**
**8205 Pescadero Road**
**Loma Mar, California 94021**

July 18, 2008

Honorable Larry R. Hicks
United States District Judge
District of Nevada
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101

    R:    Request for Publication of Order (#87)
           <u>Nevada Fair Housing Center, Inc. v. Clark County, etc. , et al.</u>
           Case No. CV-S-09480-LRH

Dear Judge Hicks:

      On behalf of plaintiff Nevada Fair Housing Center, Inc., I am writing to request that the Court consider publication of its recent order granting plaintiff's motion for partial summary judgment and denying plaintiff's motion to strike (#87).

      Issues regarding zoning and siting of group homes for the disabled affect many individual disabled persons and service providers in the State of Nevada and throughout the country.  The Court's opinion is a significant contribution to the body of law in that area, touching on issues of preemption and the role of "proxy" definitions for disabled housing in zoning regulations.  In addition, as far as counsel is aware, this case is the only one to address the validity of a required, centralized registry of group homes for the disabled.  Although not favorable to plaintiff, the Court's ruling on the motion to strike the affidavit of the state legislator also provides useful guidance on how such evidence may be relevant in a facial challenge to statutory language.  Thanks you for your consideration of this request.

                                              Respectfully submitted,

                                              /s/
                                              Christopher Brancart
                                              Attorneys for Plaintiff

## PROOF OF SERVICE

I am over the age of 18 and am not a party to the within action. My business address is 8205 Pescadero Road, Loma Mar, California 94021.

On July 18, 2008, I served a true and correct copy of the following document(s):

**REQUEST FOR PUBLICATION OF ORDER**

upon the following person(s):

Mr. Robert Warhola, Deputy District Attorney, Office of the District Attorney, 500 South Grand Central Parkway, Post Office Box 552215, Las Vegas, NV 89155;

Ms. Cynthia Pyzel, Assistant Chief Deputy Attorney General, 100 North Carson St., Carson City, NV 89701

|    |    |
|----|----|
|    | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
|    | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
|    | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
|    | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |
| XX | **BY ELECTRONIC TRANSMISSION OF THE "NOTICE OF ELECTRONIC FILING:"** By electronically filing the document(s) (All counsel are "Filing Users") |

Executed on July 18, 2008, at Loma Mar, California.

/s/ Christopher Brancart

Christopher Brancart