1
2
3
4
5
6
7
8                       **UNITED STATES DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

10

| | |
|---|---|
| **NEVADA FAIR HOUSING CENTER, INC.,** | **Case No. CV-S-05-0948-LRH-PAL** |
| **Plaintiff,** | **PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT STATUS; PLAINTIFF'S REQUEST FOR ORDER GRANTING ADDITIONAL TIME TO FILE NOTICE OF DISMISSAL;          ORDER** |
| **vs.** | |
| **CLARK COUNTY, etc., et al.,** | |
| **Defendants.** | |
| **CLARK COUNTY, a political subdivision of the State of Nevada,** | |
| **Counter-Claimant,** | |
| **vs.** | |
| **NEVADA FAIR HOUSING CENTER, INC., a Nevada non-profit corporation,** | |
| **Counter-Defendant.** | |

23        On October 1, 2008, this Court entered an order granting the parties 60 days

24 within which to finalize their proposed settlement and file a notice of dismissal.  (Doc.

25 98.)

26        The parties have settled this matter, but the settlement must be approved by the

27 County Commission.   The settlement agreement and related ordinance is presently

28 pending before the County Commission to be heard for approval on December 2 and 3,

1    2008.   A copy of the agendas reflecting these hearing is attached to application.

2        Defendant Clark County indicated that it joins in this request, but counsel for the

3    County was unavailable today to sign this application.

4        Accordingly, plaintiff requests that the deadline to finalize the settlement and file

5    a notice of dismissal be continued to December 9, 2008.   A proposed order is attached

6    at the end of this joint application.

7        Dated:    November 26, 2008.

8
     FOR PLAINTIFF NFHC:
9

10   /s/Christopher Brancart
     Christopher Brancart
11   BRANCART & BRANCART
     Post Office Box 686
12   Pescadero, California 94060
     (650) 879-0141
13   cbrancart@brancart.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

## ORDER

Based on the foregoing application, and good cause appearing therefor, it is hereby ordered that the parties shall have up to and including December 9, 2008, within in which to finalize their proposed settlement and file a request for dismissal.

IT IS SO ORDERED:

DATED this 3rd day of December, 2008.



_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 3 -

*AGENDA*

## JOINT MEETING OF THE

## CLARK COUNTY BOARD OF COMMISSIONERS

## CLARK COUNTY WATER RECLAMATION DISTRICT BOARD OF TRUSTEES

## UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA BOARD OF TRUSTEES

## AND THE CLARK COUNTY LIQUOR AND GAMING LICENSING BOARD

**9:15 AM**                **TUESDAY, DECEMBER 02, 2008**

## CLARK COUNTY COMMISSION CHAMBERS, GOVERNMENT CENTER

## 500 SOUTH GRAND CENTRAL PARKWAY, LAS VEGAS, NEVADA

---

**This meeting has been properly noticed and posted in the following locations:**

**Agenda Also Available At:**

| | | | |
|---|---|---|---|
| CC Government Center<br>500 S. Grand Central Pkwy.<br>Las Vegas, NV<br>(Principal Office) | Regional Justice Center<br>200 Lewis Ave, 1st Fl.<br>Las Vegas, NV | City of Las Vegas<br>400 E. Stewart Ave.<br>Las Vegas, NV | City of North Las Vegas<br>2200 Civic Center Dr.<br>No. Las Vegas, NV |
| Third Street Building<br>309 S. Third St.<br>Las Vegas, NV | Paradise Park<br>Pool & Center<br>4775 McLeod Dr.<br>Las Vegas, NV | City of Henderson<br>200 Water St.<br>Henderson, NV | City of Boulder City<br>400 California Ave.<br>Boulder City, NV |
| Winchester Park & Center<br>3130 S. McLeod Dr<br>Las Vegas, NV | Desert Breeze<br>Park & Community Ctr<br>8275 Spring Mtn. Rd<br>Las Vegas, NV | City of Mesquite<br>10 E. Mesquite Blvd.<br>Mesquite, NV | Clark County<br>Reg. Govt. Center<br>101 Civic Way<br>Laughlin, NV |

---

Tune in to the County's news magazine "Chronicles" Tuesday, December 02, 2008, at 6:30 p.m. The main agenda is available on Clark County's Internet Web Site, http://www.accessclarkcounty.com. This meeting will be broadcast live on Clark County Television, Channel 4 (CCTV 4) and over the Internet, http://www.accessclarkcounty.com.  It will be replayed over CCTV 4 on Tuesday, December 02, 2008, at 8:00 p.m. For more programming information, call the Public Communications Office at 455-6888.

---

## SEC. 1.     OPENING CEREMONIES

### CALL TO ORDER

### INVOCATION

### PLEDGE OF ALLEGIANCE

**1**     Approval of Agenda with the Inclusion of Any Emergency Items and Deletion of Any Items.

**2**     Approve the reconsideration of Agenda Item No. 140 which was approved at the November 18, 2008, Board meeting.

**Clark County Water Reclamation District** *(Board of County Commissioners sitting as the CCWRD Board of Trustees)*

**137**   Approve the annual audit for the Clark County Water Reclamation District (District) prepared by Piercy, Bowler, Taylor & Kern, Certified Public Accountants, for the Fiscal Year 2007-2008.

**University Medical Center of Southern Nevada** *(Board of County Commissioners sitting as the UMC Hospital Board of Trustees)*

**138**   Approve the Agreement for Physician Medical Directorship of the HIV Unit and HIV Wellness Center between Jerry L. Cade, M.D. and University Medical Center of Southern Nevada; and authorize the Chief Executive Officer to sign the agreement.

**General Administration**

**139**   Receive a report from the Southern Nevada Water Authority to review the necessity for the continued imposition of the quarter-cent sales tax for water and wastewater infrastructure projects; and take any action deemed appropriate.

**140**   Approve the final Settlement Agreement in the case Nevada Fair Housing Center, Inc. v. Clark County, Case No. CV-S-05-0948 LRH (PAL), authorize the Chair to sign the Agreement; and consider other matters properly related thereto.

**141**   Appoint a qualified individual to the Henderson District Public Libraries Board of Trustees to serve the remainder of a four-year term vacated by Jacob Snow ending June 1, 2012.

**142**   Appoint two qualified individuals to serve as members on the Clark County Board of Equalization for a four-year term ending December 31, 2012 and two qualified individuals to serve as alternates on the Clark County Board of Equalization for a four-year term ending December 31, 2012.

**143**   In accordance with NRS 4.032, appoint an additional person to the panel of Justices of the Peace Pro Tempore, as substitutes for Justice of the Peace, effective through December 31, 2010.

**144**   Receive a report on Park Police; and direct staff accordingly.

**145**   Receive an update and consider a lease agreement between Clark County and Project Alta, LLC on the Las Vegas Metropolitan Police Department (LVMPD) headquarters complex; approve and authorize the Chairman to sign an interlocal agreement between Clark County and LVMPD for the occupation and maintenance of the LVMPD headquarters complex; and take any action deemed appropriate.

**146**   Receive a report on the state of the economy in Southern Nevada and an update on the status of the County's budget; and directly staff accordingly.

**147**   Receive a report on the impact of state budget cuts; and take any action deemed appropriate.



**ANNOTATED ZONING AND SUBDIVISION
AGENDA
AND RELATED ITEMS
BOARD OF COUNTY COMMISSIONERS
CLARK COUNTY COMMISSION CHAMBERS
GOVERNMENT CENTER
500 S. GRAND CENTRAL PARKWAY
9:00 AM, WEDNESDAY, DECEMBER 03, 2008**

**THIS MEETING HAS BEEN PROPERLY NOTICED AND POSTED AT THE FOLLOWING
LOCATIONS:**
GOVERNMENT CENTER, 500 S. GRAND CENTRAL PARKWAY; WINCHESTER COMMUNITY CENTER,
3130 SOUTH MCLEOD; PARADISE COMMUNITY CENTER, 4775 MC LEOD; WEST FLAMINGO SENIOR
CENTER, 6255 W. FLAMINGO ROAD; LAS VEGAS, NV
**INTERNET ADDRESS: WWW.ACCESSCLARKCOUNTY.COM**

The Clark County Commission Chambers are accessible to the handicapped.  With twenty-four (24) hour
advanced request, a sign language interpreter may be made available (telephone number TT/TDD:
Nevada Relay toll-free (800) 326-6868) and assisted listening devices are available at the meeting upon
request.

**MEETING PROTOCOL:**

**ITEMS 3 – 28 Are routine action** and these items may be considered in one hearing and in one motion.
Any persons representing an application who does not agree with the conditions recommended by staff
and all applicable standard conditions for the application type, should request that the item be removed
from this portion of the agenda and be heard separately when directed by the Board of County
Commission.  All remaining items are subject to the conditions listed on each agenda item and all
applicable standard conditions for the application type.

**ITEMS 29 - 47 Are non-routine public hearing** and these items will be considered separately. Any
person representing an application should approach the podium as your item is announced.

**ITEM 48 - APPROVAL OF THE AFTERNOON AGENDA** - the following items (49 – 63) will not
be heard prior to 1:00 p.m.

**ITEMS  49 – 63 Are non-routine public hearing** and these items will be considered separately. Any
person representing an application should approach the podium as your item is announced.

**The Board of County Commissioners will take a minimum 30 minute break at approximately 12:00
p.m.**

55.  **VS-1321-07 – WILLIAMS, LARRY &SUSAN:**
**HOLDOVER VACATE AND ABANDON** a portion of right-of-way being Lawson Drive located between Isola Drive and Deakin Way in an R-U (Rural Open Land) Zone within Moapa (description on file). TC/mv/mh

PC Action - Approved

## ORDINANCES - INTRODUCTION

56.  **ORD-1517-08:** An ordinance to amend the official zoning map reclassifying certain properties as approved by the Board of County Commissioners through various zone change applications on September 17, 2008.

57.  **ORD-1626-08:** An ordinance to amend the official zoning map reclassifying certain properties as approved by the Board of County Commissioners through various zone change applications on October 8, 2008.

## ORDINANCES - PUBLIC HEARING

58.  **ORD-1315-07:** That the Board of County Commissioners consider an ordinance to allow electronic off-premise signs (billboard conversions); and direct staff accordingly.
An ordinance to amend Title 30, Chapters 30.08, 30.16, 30.36, 30.44, 30.72, 30.76 and 30.80 30.08.030, 30.72.040 and 30.76.060; Tables 30.16-10, 30.16-17 30.44-1 and 30.80-1; to allow electronic off-premise (billboard) sign conversions and providing for other matters properly related thereto.

59.  **HOLDOVER ORD-1419-08:** That the Board of County Commissioners consider an ordinance to Amend Title 30 of the Clark County Code to clarify and revise regulations regarding Community Residences; and direct staff accordingly.
An ordinance to amend Title 30, Chapters 30.08, 30.16, 30.44; Section 30.08.030; and Table 30.16-17.5 and 30.44-1; to revise regulations for community residences (group homes), to provide an administrative process for the approval of specified applications and make other corrections and clarifications as necessary; and providing for other matters properly related thereto.

60.  **ORD-1555-08:** That the Board of County Commissioners conduct a public hearing on an ordinance to expand the boundaries of the Mixed-Use 2 Overlay District onto parcels 162-22-501-004 thru 005; 162-22-502-003 thru 004; 162-22-510-001; and direct staff accordingly.
An ordinance to amend Title 30, Appendix G. Map 15a, to amend the Mixed-Use Overlay District map; and provide for other matters properly related thereto.